🖐 **ORIGINAL**

*JUDGE KAPLAN*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,   :

    - v -   :   NOTICE OF INTENT TO
                           FILE AN INFORMATION

OSCAR ROBLES-GONZALEZ,   :

         Defendant.   :

- - - - - - - - - - - - - - - - x

**07 CRIM 1139**

    Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
             December 10, 2007

                                        MICHAEL J. GARCIA
                                        United States Attorney

                    By:   */s/ Loyaan A. Egal*
                            Loyaan A. Egal
                            Assistant United States Attorney

                            AGREED AND CONSENTED TO:

                    By:   _____
                            Michael Hurwitz
                            Attorney for Oscar Robles-Gonzalez

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
12/10/07

12/10/07  WHEEL A