```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

           - v. -          :          ORDER

OSCAR ROBLES-GONZALEZ,          :          S1 07 Cr. 1139 (LAK)

            Defendant.          :

- - - - - - - - - - - - - - - - - - x

        WHEREAS, with his consent, the defendant's guilty plea allocution was taken before a United States Magistrate Judge on March 12, 2008;

        WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

        WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

        IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.


SO ORDERED:

Dated:    New York, New York
         March 17, 2008

                                HONORABLE LEWIS A. KAPLAN
                                UNITED STATES DISTRICT JUDGE